■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES L. GALLOWAY, Appellant, v WILSON WALTERS, as Superintendent, et al., Respondents.

Titone, J. P., Lazer, Thompson and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL E. HARDEN, Appellant, v CHARLES SCULLY, as Superintendent of the Green Haven Correctional Facility, Respondent.

Mollen, P. J., Mangano, Gibbons and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE REYES, Appellant, v WARDEN, NASSAU COUNTY CORRECTIONAL FACILITY, Respondent.

Mollen, P. J., Titone, Thompson and Lawrence, JJ., concur.

THIRD DEPARTMENT, APRIL 1985

(April 1, 1985)

■ In the Matter of the Claim of RALPH F. PASSONNO, JR., Appellant, v UNCLE SAM AUCTIONS, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.